EDUARDO PEREZ v. AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA.

May 1, 1979.  Petition for certification granted.

NEW JERSEY DIVISION OF YOUTH & FAMILY SERVICES v. S. G.

May 1, 1979.  Petition for certification denied.

WILSON STOCKEL v. BERNADENE STOCKEL.

May 1, 1979.  Petition for certification denied.

JOSEPH PACK v. CITY OF TRENTON.

May 1, 1979.  Petition for certification denied.

IRENE MILLIGAN v. MICHAEL FRISCIA.

May 1, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. DAVID O'ROURKE.

May 1, 1979.  Petition for certification denied.